352

690 A.2d 232

**Russell L. BROWN, Sr., and Roselyn Brown, his wife, Appellants,**

v.

**Jay B. HERMAN, M.D.**

Supreme Court of Pennsylvania.

Argued March 3, 1997.

Decided March 20, 1997.

Steve Savor, Jr., Mark A. Zeto, Pittsburgh, for Russell & Roselyn Brown.

James A. Wood, David J. Singley, Pittsburgh, for Jay B. Herman, M.D.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

### ORDER

PER CURIAM:

The Court being equally divided, the Order of the Superior Court is affirmed.

CASTILLE, NIGRO and NEWMAN, JJ., would reverse the Order of the Superior Court.